## Jason D. BIRDNO, Appellant,

v.

## STATE of Missouri, Respondent.

### No. ED 103610

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: May 9, 2017

Mark A. Grothoff, Columbia, MO, for Appellant.

Joshua D. Hawley, Attorney General, Dora A. Fichter, Asst. Attorney General, Dora A. Fichter, Asst. Attorney General, for Respondent.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

## ORDER

### PER CURIAM.

Jason Birdno appeals from the judgment denying his Rule 29.15 motion for post-conviction relief. We find no clear error in the motion court's findings and conclusions. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).